# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

CARL E. WEAVER AND BEN COBLENTZ,   :   No. 39 WM 2023

         Respondents              :

                v.                     :

HYDROPONIC LIFE, LLC, A NEVADA   :
LIMITED LIABILITY COMPANY,        :

         Petitioner               :

**PER CURIAM**

## ORDER

**AND NOW,** this 2nd day of August, 2023, petitioner's emergency application, seeking a stay of the execution of writ of possession for property located at 251 Correction Road, Cresson, Pennsylvania (the former Cresson State Correctional Institute), is **DENIED**. The stay of the execution of writ previously imposed by this Court's order, dated July 25, 2023, is **LIFTED**.